IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02531-REB-MEH

ESTATE OF JIMMA PAL REAT,
JAMES PAL REAT,
REBECCA AWOK DIAG,
RAN PAL,
CHANGKUOTH PAL, and
JOSEPH KOLONG,

      Plaintiffs,

v.

JUAN JESUS RODRIGUEZ, and
CITY AND COUNTY OF DENVER,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 25, 2012.**

     The Joint Motion for Protective Order [filed September 24, 2012; docket #5] is **denied without prejudice** and the proposed Stipulated Protective Order is refused, as the Court declines to retain continuing jurisdiction over this action. In renewing their request for a protective order, the parties are directed to submit a revised proposed order in either Word or WordPerfect format.