IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02531-REB-MEH

ESTATE OF JIMMA PAL REAT,
JAMES PAL REAT,
REBECCA AWOK DIAG,
RAN PAL,
CHANGKUOTH PAL, and
JOSEPH KOLONG,

      Plaintiffs,

v.

JUAN JESUS RODRIGUEZ, and
CITY AND COUNTY OF DENVER,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 25, 2012.**

      The Joint Motion for Stay to Engage in Settlement Negotiations [filed September 24, 2012; docket #6] is **granted in part** and **denied without prejudice in part** as follows. Though the Court will refrain from setting a Scheduling Conference at this time, the parties are directed to appear before the Court for a Status Conference on **October 3, 2012**, at **9:45 a.m.** in Courtroom A-Courtroom A-501, on the fifth floor of the Alfred A. Arraj United States Courthouse located at 901 19th Street, Denver, Colorado. The parties shall come prepared to discuss the merits and necessity of a prolonged stay.