IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02531-REB-MEH

ESTATE OF JIMMA PAL REAT,
JAMES PAL REAT,
REBECCA AWOK DIAG,
RAN PAL,
CHANGKUOTH PAL, and
JOSEPH KOLONG,

   Plaintiffs,

v.

JUAN JESUS RODRIGUEZ, and
CITY AND COUNTY OF DENVER,

   Defendants.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 27, 2012.**

  The Joint Renewed Motion for Protective Order [filed September 26, 2012; docket #14] is **granted**. The Stipulated Protective Order is accepted and filed contemporaneously with this minute order.