**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  12-cv-02531-REB-MEH

ESTATE OF JIMMA PAL REAT,
JAMES PAL REAT,
REBECCA AWOK DIAG,
RAN PAL,
CHANGKUOTH PAL,
JOSEPH KOLONG,

    Plaintiffs,

v.

JUAN JESUS RODRIGUEZ, and
CITY AND COUNTY OF DENVER,

    Defendants.

**ORDER GRANTING JOINT MOTION
FOR SETTLEMENT CONFERENCE**

**Blackburn, J.**

    The matter is before me on the **Joint Motion For Settlement Conference With Magistrate Judge Michael Hegarty** [#23][1] filed October 8, 2012.  After reviewing the motion, the record and D.C.COLO.LCivR 16.6, I conclude that the motion should be granted.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Joint Motion For Settlement Conference With Magistrate Judge Michael Hegarty** [#23] filed October 8, 2012, is **GRANTED**; and

---

[1] "[#23]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

2. That this matter is **REFERRED** to the Honorable Michael E. Hegarty, United States Magistrate Judge for the District of Colorado, who is authorized to convene and conduct a settlement conference in this matter.

Dated October 12, 2012, at Denver, Colorado.

                                        **BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge