IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02531-REB-MEH

ESTATE OF JIMMA PAL REAT,
JAMES PAL REAT,
REBECCA AWOK DIAG,
RAN PAL,
CHANGKUOTH PAL, and
JOSEPH KOLONG,

       Plaintiffs,

v.

JUAN JESUS RODRIGUEZ, and
CITY AND COUNTY OF DENVER,

       Defendants.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 23, 2012.**

The Joint Motion to Vacate Scheduling Conference [filed November 21, 2012; docket #36] is **granted**.  The Scheduling Conference set in this case for December 10, 2012, at 9:30 a.m. is hereby **converted** to a **Status Conference** which will take place that same date and time in Courtroom A501 on the fifth floor of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification.  *See* D.C. Colo. LCivR 83.2B.