IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02531-REB-MEH

ESTATE OF JIMMA PAL REAT,
JAMES PAL REAT,
REBECCA AWOK DIAG,
RAN PAL,
CHANGKUOTH PAL, and
JOSEPH KOLONG,

      Plaintiffs,

v.

JUAN JESUS RODRIGUEZ, and
CITY AND COUNTY OF DENVER,

      Defendants.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 21, 2012.**

This matter comes before the Court *sua sponte*. Pursuant to Fed. R. Civ. P. 15(a)(2), the Court finds good cause to accept Plaintiffs' Substituted First Amended Civil Rights Complaint with Request for Trial by Jury [docket #59] as filed. In the interest of clarity and maintaining a consistent docket, the Motion to Dismiss [filed November 30, 2012; docket #45] filed by Defendant Juan Jesus Rodriguez and the Motion to Dismiss [filed November 30, 2012; docket #47] filed by Defendant City and County of Denver ("the City") are **denied as moot**. *See Franklin v. Kansas Dep't of Corr.*, 160 F. App'x 730, 734 (10th Cir. 2005) ("An amended complaint supersedes the original complaint and renders the original complaint of no legal effect.") (citing *Miller v. Glanz*, 948 F. 2d 1562, 1565 (10th Cir. 1991)). If Defendants choose to do so, they may re-file their respective motions on or before **January 7, 2013**, and may incorporate by reference the motions they filed previously. Plaintiffs shall respond to each motion, if so filed, in accordance with D.C. Colo. LCivR 7.1C.