IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No. 12-cv-02531-REB-MEH | Date: February 26, 2013 |
| Courtroom Deputy: Cathy Pearson | **FTR – Courtroom A501** |

| | |
|---|---|
| ESTATE OF JIMMA PAL REAT, | Anna Holland-Edwards |
| JAMES PAL REAT, | Erica Grossman |
| REBECCA AWOK DIAG, | John Holland |
| RAN PAL, | |
| CHANGKUOTH PAL, and | |
| JOSEPH KOLONG, | |
| | |
| Plaintiffs, | |
| | |
| vs. | |
| | |
| JUAN JESUS RODRIGUEZ and | Eric Ziporin |
| | Jennifer Kemp |
| | Thomas Rice |
| CITY AND COUNTY OF DENVER, | Scott Bowman |
| | Susan Fasing |
| Defendants. | |

**COURTROOM MINUTES/MINUTE ORDER**

**MOTION HEARING**

**Court in session:** 3:02 p.m.

Court calls case. Appearances of counsel.

Argument and discussion regarding Defendant City and County of Denver's Motion to Dismiss (Doc. 62, filed 12/24/12) and Defendant Rodriguez' Motion to Dismiss Substituted Amended Complaint (Doc. 66, filed 1/3/13).

4:53 p.m.     Court in recess.
5:02 p.m.     Court in session.

Continued argument and discussion.

**ORDERED:** The Court takes the motions under advisement.

**Court in recess:**     6:05 p.m. (Hearing concluded)
**Total time in court:** 2:54