IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02531-REB-MEH

ESTATE OF JIMMA PAL REAT,
JAMES PAL REAT,
REBECCA AWOK DIAG,
RAN PAL,
CHANGKUOTH PAL, and
JOSEPH KOLONG,

     Plaintiffs,

v.

JUAN JESUS RODRIGUEZ, and
CITY AND COUNTY OF DENVER,

     Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 16, 2013.**

     Pending before the Court is Plaintiffs' Limited Motion to the Magistrate (Judge) for Reconsideration of the Recommendation Regarding the Legal Standard Applicable to Conscious Shocking Conduct and the Relevant Time Frame [filed April 22, 2013; docket #93]. The matter is now fully briefed. The Court agrees with Defendants that Fed. R. Civ. P. 72(b)(2) provides the exclusive mechanism by which a party may challenge a magistrate judge's recommendation on a dispositive motion. Plaintiffs have availed themselves of this mechanism by filing a timely and appropriate objection as set forth in Fed. R. Civ. P. 72(b)(2), therefore, the Court **denies** the Motion for Reconsideration.