IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02531-REB-MEH

ESTATE OF JIMMA PAL REAT,
JAMES PAL REAT,
REBECCA AWOK DIAG,
RAN PAL,
CHANGKUOTH PAL, and
JOSEPH KOLONG,

       Plaintiffs,

v.

JUAN JESUS RODRIGUEZ,

       Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 29, 2013.**

       Plaintiffs' Unopposed Motion to Amend the Scheduling Order with Respect to the Deadline for Joinder of Parties and Amendment of Pleadings [filed October 28, 2013; docket #127] is **granted**. For good cause shown, paragraph 9 of the Scheduling Order in this case [docket #120] shall be modified as follows:

A.    Deadline for Joinder of Parties and Amendment of Pleadings: December 15, 2013.

All other deadlines and conference dates will remain the same.