**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Civil Action No. 12-cv-02531-REB-MEH

ESTATE OF JIMMA PAL REAT,
JAMES PAL REAT,
REBECCA AWOK DIAG,
RAN PAL,
CHANGKUOTH PAL,
JOSEPH KOLONG,

    Plaintiffs,

v.

JUAN JESUS RODRIGUEZ,

    Defendant.

**ORDER ADOPTING RECOMMENDATION OF THE**
**UNITED STATES MAGISTRATE JUDGE**

**Blackburn, J.**

    The matter before me is the recommendation contained within the magistrate judge's **Order and Recommendation** [#153],[1] filed March 7, 2014. No objection having been filed, I review the recommendation for plain error only. ***See Morales-Fernandez v. Immigration & Naturalization Service***, 418 F.3d 1116, 1122 (10th Cir. 2005). Finding no such error in the magistrate judge's recommended disposition, I find and conclude that the recommendation should be approved and adopted.

    **THEREFORE, IT IS ORDERED** as follows:

---

[1] "[#153]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

1. That the recommendation contained within the magistrate judge's **Order and Recommendation** [#153], filed March 7, 2014, is **APPROVED** and **ADOPTED** as an order of this court;

2. That the combined Final Pretrial Conference and Trial Preparation Conference set Friday, June 13, 2014, at 3:30 p.m., and the trial, set to commence on June 30, 2014, are **VACATED** and **CONTINUED** pending further order; and

3. That the combined Final Pretrial Conference and Trial Preparation Conference and trial, **SHALL BE RESET** during a telephonic setting conference on **Wednesday, April 16, 2014**, at **10:00 a.m.** (MDT); provided, furthermore, that counsel for plaintiffs **SHALL ARRANGE** and **COORDINATE** the conference call necessary to facilitate the setting conference.

Dated March 31, 2014, at Denver, Colorado.

**BY THE COURT:**

Bob Blackburn
Robert E. Blackburn
United States District Judge