IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No.   12-cv-02531-REB-MEH | Date:   April 28, 2014 |
| Courtroom Deputy: Cathy Pearson | **FTR – Courtroom A501** |

| | |
|---|---|
| ESTATE OF JIMMA PAL REAT, | Anna Holland-Edwards |
| JAMES PAL REAT, | Erica Grossman |
| REBECCA AWOK DIAG, | John Holland |
| RAN PAL, | |
| CHANGKUOTH PAL, and | |
| JOSEPH KOLONG, | |

vs.

| | |
|---|---|
| JUAN JESUS RODRIGUEZ and | Eric Ziporin |
| CITY AND COUNTY OF DENVER, | Scott Bowman |
| | Wendy Shea |
| Defendants. | |

## COURTROOM MINUTES/MINUTE ORDER

**MOTION HEARING**

**Court in session:**   10:07 a.m.

Court calls case.   Appearances of counsel.

Argument and discussion held regarding Defendant City and County of Denver's Motion to Dismiss Second Amended Complaint (Doc. 147, filed 2/14/14).

11:39 a.m.   Off the record.
11:40 a.m.   On the record.

The Court takes regarding Defendant City and County of Denver's Motion to Dismiss Second Amended Complaint (Doc. 147, filed 2/14/14) under advisement.

Discussion held regarding discovery issues.   Plaintiff is granted leave to file a written motion regarding the discovery issues raised at this hearing.

**Court in recess:**   11:58 a.m.   (Hearing concluded)
**Total time in court:**   1:50

To obtain a transcript of this hearing, please contact Avery Woods Reporting at (303)825-6119.