IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No.   12-cv-02531-REB-MEH | Date:   May 29, 2014 |
| Courtroom Deputy: Cathy Pearson | **FTR – Courtroom A501** |

| | |
|---|---|
| ESTATE OF JIMMA PAL REAT, *et al.*, | John Holland |
| Plaintiffs, | |
| vs. | |
| JUAN JESUS RODRIGUEZ and | Jennifer Kemp |
| CITY AND COUNTY OF DENVER, | Wendy Shea |
| | Scott Bowman |
| Defendants. | |

## COURTROOM MINUTES/MINUTE ORDER

**MOTION HEARING**

**Court in session:**   10:05 a.m.

Court calls case.   Appearances of counsel.

Argument and discussion held regarding Plaintiffs' Motion to Compel (Doc. 160, filed 5/16/14).

**ORDERED:**   Plaintiffs' Motion to Compel (Doc. 160, filed 5/16/14) is WITHDRAWN, based on the fact that all written material will be available in a sealed manner, if necessary, at the time of trial. Further, Defendants shall have an individual available for the duration of the trial who is knowledgeable about all of the physical evidence collected and can describe the physical evidence, if necessary.

Discussion held regarding Plaintiffs' request for a one-day extension of time for expert witness designation deadline.   Defendants have no objection to a one-day extension.

**ORDERED:**   The deadline for expert witness designation is extended to and including June 2, 2014.

**Court in recess:**   11:09 a.m.   (Hearing concluded)
**Total time in court:**  1:04

To obtain a transcript of this hearing, please contact Avery Woods Reporting at (303)825-6119.