IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02531-REB-MEH

ESTATE OF JIMMA PAL REAT,
JAMES PAL REAT,
REBECCA AWOK DIAG,
RAN PAL,
CHANGKUOTH PAL, and
JOSEPH KOLONG,

      Plaintiffs,

v.

JUAN JESUS RODRIGUEZ, individually; and
CITY AND COUNTY OF DENVER;

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 6, 2014.**

      The Joint Motion to Modify Scheduling Order to Extend Dispositive Motions Deadline [filed August 6, 2014; docket #180] is **granted**. For good cause shown, paragraph 9(B) of the Scheduling Order in this case [docket #120] shall be modified as follows:

Dispositive motions due:    September 26, 2014.

All other deadlines and conference dates will remain the same.