# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Action No. 12–cv–02531–REB–MEH

ESTATE OF JIMMA PAL REAT, et al.,

    Plaintiffs,

v.

JUAN JESUS RODRIGUEZ, individually,

    Defendant.

## ORDER DENYING MOTION FOR SUMMARY JUDGMENT

**Blackburn, J.**

    The matter before is defendant's **Motion for Summary Judgment** [#188],[1] filed September 26, 2014. I have jurisdiction over this matter pursuant to 28 U.S.C. §§ 1331 (federal question) and 1367 (supplemental jurisdiction). Having reviewed the motion and response and the apposite arguments, authorities, and evidence presented by the parties, and viewing the evidence in the light most favorable to plaintiffs, ***see Simms v. Oklahoma ex rel. Department of Mental Health and Substance Abuse Services***, 165 F.3d 1321, 1326 (10th Cir.), ***cert. denied***, 120 S.Ct. 53 (1999), it is apparent that there exist genuine disputes of material fact that are not appropriate for summary resolution.[2]

---

[1] "[#188]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

[2] The legal authority and analysis supporting my conclusion in this regard are fully expatiated in my **Order Re: Recommendation of United States Magistrate Judge** [#111], filed June 17, 2013, and those portions of the **Recommendation of United States Magistrate Judge** [#92], filed April 9, 2013,

**THEREFORE, IT IS ORDERED** that defendant's **Motion for Summary Judgment** [#188], filed September 26, 2014, is **DENIED**.

Dated December 16, 2014, at Denver, Colorado.

                                        **BY THE COURT:**

*/s/ Robert E. Blackburn*
Robert E. Blackburn
United States District Judge

---

approved and adopted therein, and I therefore will not repeat them here.  Suffice it to say that plaintiffs' evidence is sufficient to substantiate the allegations of their pleadings and create genuine disputes of material fact as to each element of their substantive due process claim against defendant.  Defendant's motion does little more than presents his own version on the facts, which clearly is amenable to a less sanitized interpretation.