**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 12–cv–02531–REB–MEH

ESTATE OF JIMMA PAL REAT, et al.,

    Plaintiffs,

v.

JUAN JESUS RODRIGUEZ, individually,

    Defendant.

---

**MINUTE ORDER**[1]

---

    The matter before me is plaintiffs' **Unopposed Motion for Extension or Stay of Proceedings Under the Scheduling Order** [#202],[2] filed December 30, 2014.  The motion is premature.  While I appreciate the parties' desire to be proactive, the motion appears premature.  The matters raised by and inherent to the motion can be best handled if and when defendant actually files an interlocutory appeal of my **Order Denying Motion for Summary Judgment** [#201], filed December 16, 2014.

    **THEREFORE, IT IS ORDERED** that plaintiffs' **Unopposed Motion for Extension or Stay of Proceedings Under the Scheduling Order** [#202], filed December 30, 2014, is **DENIED WITHOUT PREJUDICE** as premature.

    Dated:   December 31, 2014.

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#202]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.