**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 12-cv-02531-REB-MEH

ESTATE OF JIMMA PAL REAT,
JAMES PAL REAT,
REBECCA AWOK DIAG,
RAN PAL,
CHANGKUOTH PAL,
JOSEPH KOLONG,

    Plaintiffs,

v.

JUAN JESUS RODRIGUEZ,

    Defendant.

---

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION
FOR STAY OF PROCEEDINGS UNDER THE SCHEDULING ORDER**

---

**Blackburn, J.**

    The matter is before me on plaintiffs' **Unopposed Motion For Stay of Proceedings Under the Scheduling Order** [#205],[1] filed January 5, 2015. After reviewing the motion and the record, I conclude that the unopposed motion should be granted.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That plaintiffs' **Unopposed Motion For Stay of Proceedings Under the Scheduling Order** [#205], filed January 5, 2015, is **GRANTED**;

    2. That proceedings are **STAYED** pending appellate resolution of the pending interlocutory appeal;

    3. That the combined Trial Preparation Conference and Final Pretrial Conference set February 6, 2015, is **VACATED** and **CONTINUED** pending further order; and

---

[1] "[#205]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

      4. That the trial by jury set to commence February 23, 2015, is **VACATED** and **CONTINUED** pending further order.

      Dated: February 3, 2015.

**BY THE COURT:**

*Bob Blackburn* (signature)

Robert E. Blackburn
United States District Judge